IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harris, Edward | Case Number: 04 B 26017 |
| | Judge: Hollis, Pamela S |
| Printed: 8/26/08 | Filed: 7/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 10, 2008
Confirmed: August 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,046.25 | |
| Secured: | | 0.00 |
| Unsecured: | | 748.10 |
| Priority: | | 2,554.55 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 333.39 |
| Other Funds: | | 0.21 |
| Totals: | 6,046.25 | 6,046.25 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Internal Revenue Service | Priority | 2,426.38 | 2,426.38 |
| 3. | Illinois Dept of Revenue | Priority | 128.17 | 128.17 |
| 4. | Americash Loans, LLC | Unsecured | 26.03 | 26.03 |
| 5. | Internal Revenue Service | Unsecured | 26.07 | 26.07 |
| 6. | Peoples Energy Corp | Unsecured | 35.87 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 696.00 | 696.00 |
| 8. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 9. | GC Services | Unsecured | | No Claim Filed |
| 10. | Orchard Bank | Unsecured | | No Claim Filed |
| 11. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 5,748.52 | $ 5,712.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 75.05 |
| 4% | 8.60 |
| 3% | 8.71 |
| 5.5% | 84.70 |
| 5% | 13.83 |
| 4.8% | 40.31 |
| 5.4% | 102.19 |
| | _____ |
| | $ 333.39 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Edward | Case Number:  04 B 26017 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/26/08 | Filed:  7/13/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

